UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC BROWN | CIVIL ACTION |
| VERSUS | NO. 14-1239 |
| SHERIFF MARLIN GUSMAN | SECTION "N"(4) |

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Eric Brown complaint pursuant to 42 U.S.C. § 1983 against the defendant, Sheriff Marlin Gusman, is **DISMISSED WITH PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 6th day of August, 2014.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE